**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| Fedor Simanov, | Civil Case No. 1:19-cv-00147 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Press Agencies: GuamPDN, et al. | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order on Defendants' Motions to Dismiss (ECF Nos. 41, 43, and 44) filed on September 2, 2021.

Dated this 2nd day of September, 2021, Hagatna, Guam.

/s/ **Jeanne G. Quinata**
Clerk of Court